Argued and submitted March 4, affirmed December 14, 1988

In the Matter of the Compensation of
Lester W. Gatens, Claimant.

GEORGIA-PACIFIC CORPORATION,
*Petitioner,*

*v.*

GATENS,
*Respondent.*

(WCB 84-04437; CA A45204)

765 P2d 250

Jerry K. Brown, McMinnville, argued the cause for petitioner. With him on the brief was Cummins, Cummins, Brown, Goodman & Fish, P.C., McMinnville.

Darren L. Otto, Salem, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

The parties submitted their briefs in this judicial review on the assumption that our review is *de novo*. We review for substantial evidence and errors of law. ORS 656.298(6); *Armstrong v. Asten-Hill Co.*, 90 Or App 200, 752 P2d 312 (1988). Substantial evidence supports the Board's order.

Affirmed.